**FILED**
**U.S. District Court**
**District of Kansas**
03/17/2026
**Clerk, U.S. District Court**
By: SND Deputy Clerk

Jordan M. Leffel #113070
Name

El Dorado, Ks.

P.O box 311
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Jordan M. Leffel , Plantiff
(Full Name)

CASE NO. 26-3055-JWL
(To be supplied by the Clerk)

V.

Colby Crum , Defendant (s)

Gene Goldston Jr.

Jesse Howes

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Jordan M. Leffel , is a citizen of Kansas
(Plaintiff)                                        (State)

who presently resides at El Dorado Correctional Facility
(Mailing address or place

of confinement.)

2) Defendant Jesse Howes is a citizen of
(Name of first defendant)

Lansing, KS , and is employed as
(City, State)

Warden of Lansing Correctional Facility . At the time the
(Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

He was the active Warden of Lansing Correctional

Facility at the time of the civil Rights Violation

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant, Gene Goldston JR. Is a citizen of, Leavenworth, KS and is employed as a COI at Lansing Correctional facility. At the time the claim(s) Alleged in this complaint arose the defendant was acting under the color of the Law As an active COI at Lansing correctional Facility.

2

4) Defendant _Colby Crum_ is a citizen of
(Name of second defendant)

_Kansas City, Ks,_ , and is employed as
(City/state)

_COI at Lansing Correctional Facility_ . At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

He was A Cellhouse officer in A7 at Lansing

Correctional Facility

(Use the additional pages to furnish the above information for additional defendants.)

5) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On 2/2/25 at approximately 7:05pm, I was being let out of
my cell for phones. Due to A-7 being a restrictive housing
unit I was placed in cuffs and belly chains along with
my cellmate. Restrictive Housing protocol states every and
all inmates must be secured before exiting their cells.
After me and my cellmate came out restrained we
should have been secured to the phone station before
any other inmates were secured and released from

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                    3

their cell. The cell to the left of me was on the list to use the phones with me. For no reason the cell to my right was opened by COI Crum without restraining (1) of the (2) inmates. While in front of another inmates door I turned towards my door while being escorted by COI Goldston and seen another inmate rushing towards me with an ice pick styled weapon. Rather than stopping the unrestrained inmate Crum took hold of my cellmate whom was also restrained. I tried to step behind Goldston for protection but rather than deploying his mace or grabbing the attacker he fled, leaving me to fend for myself although my hands were cuffed to my waste. The inmate then began stabbing me several times. One of the officers finally hit his panick button to trigger a response team. We were both maced at that time. The other inmate was then placed in cuffs. After the (2) officers put my life at risk they also reacted poorly once they attack began. My grievance an my injury claim were both ignored. Also, on more than one occasion the same officers ran my unit and officer Goldston made jokes concerning the event. After our chemical detox the attacker was again placed in the cell next to mine. Both officers are still working in the facility.

4

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Protection Against Crule or unusual Punishment or Safety

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

COI Crum violated this right by allowing an inmate out unrestrained in Restrictive housing. COI Goldston Ran away Rather than restraining the attacking inmate. Warden Howes failed to fire these officers afterwards.

B) (1) Count II: Unsafe living invironment

(2) Supporting Facts: The inmate that attacked me had been screaming threats on the Run at everyone that whole day. After the emergency alarm was cleared my attacker remained my neighbor

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

     Plaintiffs: _____

     Defendants: _____

   b) Name of court and docket number _____

_____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

   d) Issues raised _____

_____

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                     6

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

_____

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$2,500,00.00 due to the Gross negligence of KDOC causing me physical pain. Along with severe P.T.S.D. Also causing me to not be able to trust the very people who have my life in their hands for at least 6 more years. And physical damage to my left eye.

_____    _____
Signature of Attorney (if any)                Signature of Plaintiff

_____

_____

NOTARY PUBLIC - State of Kansas
PAUL L. RUNNELS
My Appt. Exp. 4-17-2027

1-27-2026

_____
(Attorney's full address and telephone number)

Certificate of Service

I Jordan M Leffel , do hereby certify that a true and correct copy of the foregoing civil Rights complaint pursuant to 42 u.s.c. 1983 along with an application to proceed without prepayment of fees And affidavits by a prisoner was placed in the mail on this 29 day of January 2026. adressed to Skyler B. Ohara, clerk of court, United States District. 444 S.E Quincy, Topeka Kansas. 66683.

Sworn and Subscribed to me before this 29 day of January , 2026.



NOTARY PUBLIC - State of Kansas
PAUL L. BUNNELS
My Appt. Exp. 4-13-2027

1-29-2026

Certificate of Service

I, Jordan M. Leffel, do hereby certify that a true correct copy of the ~~forgoing~~ Civil Rights Complaint pursuint to 42 U.S.C. 1983 Motion along with an application to proceed without prepayment of fees and affidavits by a prisoner was ~~filed~~ filed electronically adressed to Skylar B. O'Hara, Clerk of Court, United States District. 444 ~~Quincy~~ S.E Quincy, Topeka, Ks. 66683

Subscribed ¿ Sworn to me before this 17 day of March 2026



NOTARY PUBLIC - State of Kansas
ZACHARY LITTLE
MY APPT. EXPIRES 11-25-29

3/17/26